IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **JOHN S. KARLS**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF UTAH**,<br><br>Defendant. | **ORDER AFFIRMING**<br>**REPORT & RECOMMENDATION**<br><br>Case No. 2:07CV445DAK |

  This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge David Nuffer under 28 U.S.C. § 636(b)(1)(B). Defendant filed a motion to dismiss. On September 6, 2007, Magistrate Judge Nuffer issued a Memorandum Decision – Report and Recommendation, which recommends that Defendant's motion to dismiss be granted. The court has not received an objection to the Report and Recommendation, and the time for filing an objection has passed.

  The court has reviewed the file *de novo*. The court approves and adopts the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is dismissed for failure to state a claim.

  DATED this 1st day of October, 2007.

             BY THE COURT:

             _____
             DALE A. KIMBALL
             United States District Judge